# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THAIRIE X. ROBINSON

NO. 2024 KW 0424

**JULY 29, 2024**

---

In Re:   Thairie Xavier Robinson, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-16-1072.

---

**BEFORE:   THERIOT, PENZATO, AND LANIER, JJ.**

**APPLICATION FOR REHEARING NOT CONSIDERED.**   In criminal matters, an application for rehearing must be filed with the clerk of court on or before fourteen days after the rendition of judgment, and "[n]o extension of time for filing an application for rehearing shall be granted." Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.2(1) and (3).

MRT
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT